**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**MARY WEST,**

              **Plaintiff,**        20-cv-3414 (JGK)

    - against -                   <u>ORDER</u>

**BAMFORD WATCHES LLC,**

              **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file a proposed Order to Show Cause for default judgment by July 31, 2020. If the plaintiff fails to do so, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 23, 2020**                    _____/s/ John G. Koeltl_____
                                                       **John G. Koeltl**
                                            **United States District Judge**